**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| GARY BLACKLEDGE and<br>RICK EDDELMAN,<br><br>        Plaintiffs,<br><br>    -vs-<br><br>UNITED PARCEL SERVICE, INC.,<br>UPS PENSION PLAN, UPS PARCEL,<br>UPS FREIGHT, and TEAMSTERS<br>UNION LOCAL #135,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:22-cv-01947-SEB-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Comes now the Plaintiffs, Gary Blackledge and Rick Eddelman, and one of the Defendants, Teamsters Union Local #135, by their undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendant Teamsters Union Local #135 from this action, without prejudice, the parties to bear their own costs and attorney's fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ David T. Vlink*_____<br>David T. Vlink, #30182-45<br>Attorney for Teamsters Local 135<br>2829 Madison Avenue<br>Indianapolis, IN 46225<br>Phone: (317) 639-3541<br>E-Mail: dvlink@local135.com | */s/ Mark R. Waterfill (w/ permission)*<br>Mark. R. Waterfill, #10935-49<br>2230 Stafford Rd., Ste. 115, PMB 379<br>Plainfield, IN 46168<br>Phone: (317) 501-6060<br>E-Mail: mark@waterfilllaw.com |