UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY BLACKLEDGE, <br> RICK EDDELMAN, <br>             Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC., <br> UPS PENSION PLAN, <br> UPS PARCEL, <br> UPS FREIGHT, and TEAMSTERS UNION LOCAL <br> # 135, TRUSTEES OF THE UPS PENSION PLAN, <br> PLAN ADMINISTRATOR OF THE UPS <br> PENSION PLAN, <br><br>             Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-01947-SEB-MG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, United Parcel Service, Inc., UPS Ground Freight, Inc., the UPS Pension Plan and The Board of Trustees of the UPS Pension Plan as the Administrator of the UPS Pension Plan (the "UPS Defendants") respectfully move for an order entering summary judgment in their favor as to all claims asserted by Plaintiff Gary Blackledge and Rick Eddelman ("Plaintiffs") on the ground that there is no genuine dispute as to any material fact and the UPS Defendants are entitled to judgment as a matter of law. The Motion is supported by:

1. The Memorandum of Law in Support of Summary Judgment;

2. The Declaration of Matthew Faulstick and supporting exhibits;

3. The Declaration of Jarett Hinson and supporting exhibits;

4. The Declaration of Jason Carruthers and supporting exhibits;

5. The Index of Evidence in Support of Summary Judgment;

Respectfully submitted,

*/s/ Anthony J. Hornbach*
Anthony J. Hornbach (27883-15)
**THOMPSON HINE LLP**
312 Walnut Street, Suite 2000
Cincinnati, OH  45202
Telephone:	(513) 352-6721
Facsimile:	(513) 241-4771
Tony.Hornbach@ThompsonHine.com

J. Timothy McDonald (GA Bar No. 489420)
(*pro hac vice*)
Jason R. Carruthers (GA Bar No. 211098)
(*pro hac vice*)
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA  30326
Telephone:	(404) 541-2955
Facsimile:	(404) 541-2905
Tim.McDonald@ThompsonHine.com
Jason.Carruthers@ThompsonHine.com

*Attorneys for Defendants,*
*United Parcel Service, Inc., UPS Pension*
*Plan, UPS Parcel, and UPS Freight*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2023, a copy of the foregoing Defendants' Motion for Summary Judgment was filed electronically. Service of this filing will be made on all EFS-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                                                */s/ Anthony J. Hornbach*
                                                Anthony J. Hornbach (27883-15)